Frankie L. McCOY, Sr.,
Plaintiff–Appellant,

v.

William O. FILBERT, Warden; Lieutenant Moultrie; Six Unknown Named Western Correctional Institution Correctional Officers, each named defendant's sued individually and in their official capacity, Defendants–Appellees.

No. 00–7752.

United States Court of Appeals,
Fourth Circuit.

Submitted June 15, 2001.

Decided June 29, 2001.

Frankie L. McCoy, Sr., pro se. John Joseph Curran, Jr., Attorney General, Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, MD, for appellees.

Before WIDENER and MOTZ, Circuit Judges, HAMILTON, Senior Circuit Judge.

PER CURIAM.

Frankie L. McCoy, Sr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *McCoy v. Filbert,* No. CA–00–47 (D. Md. filed Nov. 9, 2000; entered Nov. 14, 2000). We deny McCoy's motion to appoint and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*